UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BRADLEY JON BURTON HEADLEY,

*Plaintiff*

v.

FREEDOM MORTGAGE
CORPORATION,

*Defendant*

Case No. SA-23-CV-01277-JKP

# O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal stating they wish to dismiss this cause without prejudice and request an Order from this Court. *ECF No. 7*. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action asserted by any party and any potential cause of action related to this matter are DISMISSED without prejudice.

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is DIRECTED to close the case.

It is so Ordered.
SIGNED this 30th day of October, 2023.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE